| | |
|---|---|
| 1 | FOLGER LEVIN & KAHN LLP |
| | Michael F. Kelleher (CSB No. 165493, mkelleher@flk.com) |
| 2 | Amy L. Kashiwabara (CSB No. 210562, akashiwabara@flk.com) |
| | Embarcadero Center West |
| 3 | 275 Battery Street, 23rd Floor |
| | San Francisco, CA  94111 |
| 4 | Telephone: (415) 986-2800 |
| | Facsimile: (415) 986-2827 |
| 5 | |
| | BARRIS, SOTT, DENN & DRIKER, PLLC |
| 6 | Stephen E. Glazek (P23186, sglazek@bsdd.com) |
| | Josh J. Moss (P64406, jmoss@bsdd.com) |
| 7 | 211 West Fort Street, 15th Floor |
| | Detroit, MI 48226-3281 |
| 8 | Telephone: (313) 965-9725 |
| | Facsimile: (313) 983-3323 |
| 9 | *Pro Hac Vice Application To Be Submitted* |
| 10 | Attorneys for Defendants GENERAL MOTORS |
| | CORPORATION and FORD MOTOR COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KUHL WHEELS, LLC and EPILOGICS GROUP, | Case No. C06-03356 MEJ |
| Plaintiffs, | **[PROPOSED]** ORDER GRANTING STIPULATED REQUEST FOR ORDER STAYING CASE |
| v. | |
| GENERAL MOTORS CORPORATION and FORD MOTOR COMPANY, | |
| Defendants. | |

Pursuant to Civil L.R. 6-2, all parties to this action stipulate to this joint request for an order staying case for the reasons set forth in the Declaration of Josh J. Moss, which is that there is a pending action in the Eastern District of Michigan, *Hayes Lemmerz International, Inc., v. Kuhl Wheels, LLC and Epilogics Group,* Case No. 03-70181 ("Michigan case").   In the Michigan case, Hayes Lemmerz International, Inc., ("Hayes") has filed a motion to enjoin Kuhl Wheels, LLC and Epologics Group, ("Motion to Enjoin Kuhl") from prosecuting the instant action

1  pending before this Court until resolution of the Michigan case. The parties have mutually agreed,
2  in the interest of judicial economy, that all matters in the instant action, including all discovery,
3  and matters set forth in the Court's Order Setting Initial Case Management Conference and ADR
4  Deadlines should be stayed until the Motion to Enjoin Kuhl in the Michigan case is resolved.
5  The parties shall file a status update within two weeks of resolution of the motion to enjoin.

Dated: July 14, 2006                                  FOLGER LEVIN & KAHN LLP

                                                      /s/
                                                      Amy L. Kashiwabara
                                                      Attorneys for Defendants
                                          GENERAL MOTORS CORPORATION and FORD
                                                      MOTOR COMPANY

Dated: July 14, 2006                                  THE ELSTEAD LAW FIRM

                                                      /s/
                                                      John C. Elstead
                                                      Attorneys for Plaintiffs
                                          KUHL WHEELS, LLC and EPILOGICS GROUP

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: July 17, 2006

13023\2001\504707.1

*IT IS SO ORDERED*
*Judge Maria-Elena James*
*United States District Court, Northern District of California*