| | |
|---|---|
| 1 | FOLGER LEVIN & KAHN LLP |
| | Michael F. Kelleher (CSB No. 165493, mkelleher@flk.com) |
| 2 | Amy L. Kashiwabara (CSB No. 210562, akashiwabara@flk.com) |
| | Embarcadero Center West |
| 3 | 275 Battery Street, 23rd Floor |
| | San Francisco, CA 94111 |
| 4 | Telephone: (415) 986-2800 |
| | Facsimile: (415) 986-2827 |
| 5 | |
| 6 | BARRIS, SOTT, DENN & DRIKER, PLLC |
| | Stephen E. Glazek (P23186; sglazek@bsdd.com) *Admitted Pro Hac Vice* |
| 7 | Josh J. Moss (P66550; jstefan@bsdd.com) *Admitted Pro Hac Vice* |
| | 211 West Fort Street, 15th Floor |
| 8 | Detroit, MI 48226-3281 |
| | Telephone: (313) 965-9725 |
| 9 | Facsimile: (313) 983-3323 |
| 10 | Attorneys for Defendants GENERAL MOTORS CORPORATION and FORD MOTOR COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KUHL WHEELS, LLC and EPILOGICS GROUP, | Case No. C06-03356 MJJ |
| Plaintiffs, | JOINT STIPULATION AND [PROPOSED] ORDER TRANSFERRING VENUE TO EASTERN DISTRICT OF MICHIGAN |
| v. | |
| GENERAL MOTORS CORPORATION and FORD MOTOR COMPANY, | Judge: Honorable Martin J. Jenkins<br>Date: November 7, 2006<br>Time: 9:30 a.m. |
| Defendants. | Location: Courtroom 11, 19th Floor |

Plaintiffs, Kuhl Wheels, LLC and Epilogics Group, and Defendants, Ford Motor Company and General Motors Corporation (collectively the "Parties"), stipulate to the following:

1. Whereas Defendants have filed a motion to transfer venue of this case pursuant to 28 U.S.C. § 1404(a) to the Eastern District of Michigan. Defendants' motion is set for hearing on November 7, 2006 at 9:30 a.m. in this court.

JOINT STIPULATION AND [PROPOSED] ORDER TO TRANSFER VENUE TO EASTERN DISTRICT OF MICHIGAN; Case No. C06-033556 MJJ

FOLGER LEVIN & KAHN LLP
ATTORNEYS AT LAW

2. WHEREAS, as detailed in Defendants' motion to transfer, a case involving the same patents and products as this case is pending before Judge Cleland, of the Eastern District of Michigan, in the case *Hayes Lemmerz International, Inc. v. Kuhl Wheels, LLC and Epilogics Group;* Case No. 03-70181 (the "*Hayes v. Kuhl Case*").

3. WHEREAS, The Parties stipulate to the transfer of the above-captioned matter to the United States District Court for the Eastern District of Michigan;

4. The Parties agree that, pursuant to Eastern District Local rule 83.11(b)(7)(A), this case should be assigned to Judge Cleland upon its transfer to the Eastern District of Michigan. The Parties further agree that they will take appropriate steps to alert the Eastern District of Michigan that the case should be transferred to Judge Cleland's docket; and

5. The Parties also agree that, whenever reasonable, they will request that Judge Cleland coordinate hearings in this case with hearings in the *Hayes v. Kuhl Case*.

Dated: October 25, 2006                              FOLGER LEVIN & KAHN LLP

/s
Michael F. Kelleher
Attorneys for Defendants
GENERAL MOTORS CORPORATION and FORD MOTOR COMPANY

Dated: October 25, 2006                              THE ELSTEAD LAW FIRM

/s
John C. Elstead
Attorneys for Plaintiffs
KUHL WHEELS, LLC and EPILOGICS GROUP

PURSUANT TO STIPULATION, IT IS ORDERED THAT this case shall be transferred to the Eastern District of Michigan.

Dated: October _____, 2006

_____
Honorable Martin J. Jenkins
United States District Court Judge

13023\2001\518560.1

FOLGER LEVIN & KAHN LLP
ATTORNEYS AT LAW

JOINT STIPULATION AND [PROPOSED] ORDER TO TRANSFER VENUE TO EASTERN DISTRICT OF MICHIGAN; Case No. C06-033556 MJJ            -1-

10/25/2006 13:55 IFAX iFAX-SF2@flk.com → FLK EMAIL ☐002/002
Oct 25 06 12:59p                                                          p.2
10/25/2006 12:41 FAX 415 986 2827     FOLGER LEVIN & KAHN LLP      ☐004
Case 3:06-cv-03356-MJJ   Document 22   Filed 11/06/06   Page 3 of 3
Case 3:06-cv-03356-MJJ   Document 21   Filed 10/25/2006   Page 3 of 3

2. WHEREAS, as detailed in Defendants' motion to transfer, a case involving the same patents and products as this case is pending before Judge Cleland, of the Eastern District of Michigan, in the case *Hayes Lemmerz International, Inc. v. Kuhl Wheels, LLC and Epilogics Group;* Case No. 03-70181 (the "*Hayes v. Kuhl Case*").

3. WHEREAS, The Parties stipulate to the transfer of the above-captioned matter to the United States District Court for the Eastern District of Michigan;

4. The Parties agree that, pursuant to Eastern District Local rule 83.11(b)(7)(A), this case should be assigned to Judge Cleland upon its transfer to the Eastern District of Michigan. The Parties further agree that they will take appropriate steps to alert the Eastern District of Michigan that the case should be transferred to Judge Cleland's docket; and

5. The Parties also agree that, whenever reasonable, they will request that Judge Cleland coordinate hearings in this case with hearings in the *Hayes v. Kuhl Case*.

Dated: October ____, 2006                FOLGER LEVIN & KAHN LLP

                                         Michael F. Kelleher
                                         Attorneys for Defendants
                                         GENERAL MOTORS CORPORATION and FORD
                                         MOTOR COMPANY

Dated: October 25, 2006                  THE ELSTEAD LAW FIRM

                                         /s/ John C. Elstead
                                         John C. Elstead
                                         Attorneys for Plaintiffs
                                         KUHL WHEELS, LLC and EPILOGICS GROUP

PURSUANT TO STIPULATION, IT IS ORDERED THAT this case shall be transferred to the Eastern District of Michigan.

Dated: November 6, 2006

                                         /s/ Martin J. Jenkins
                                         Honorable Martin J. Jenkins
                                         United States District Court Judge

13023\2001\518560.1

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

JOINT STIPULATION AND [REDACTED] ORDER TO
TRANSFER VENUE TO EASTERN DISTRICT OF            -1-
MICHIGAN; Case No. C06-03356 MJJ